IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CLIFFORD MILLER,

   Appellant,

 v.             Case No.  5D22-3064
                LT Case No. 2018-CF-1388

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed May 30, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Clifford Miller, Lowell, pro se.

No Appearance for Appellee.


PER CURIAM.

  AFFIRMED.

WALLIS, EDWARDS and SOUD, JJ., concur.